```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CECIL M. DAMES,                                             :
                                                            :
                              Plaintiff,                    :
                                                            :         18-CV-8352 (VSB)
               -against-                                    :
                                                            :              ORDER
SYDNEY PIGGOT, et al.,                                      :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On August 26, 2019, I issued an Opinion and Order dismissing the case against all Defendants, except for Defendant Sydney Piggot, as Piggot had not been properly served. (Doc. 30). Because Defendant Pigot had not been properly served, I directed the U.S. Marshals Service ("USMS") to attempt service on Defendant Piggot on behalf of the pro se plaintiff. (*Id.*) On September 16, 2019, the USMS attempted to effectuate service upon Defendant Piggot, but were unable to do so. (Doc. 32). There has been no further action taken by Plaintiff to move this case forward against Defendant Piggot. Accordingly, if Plaintiff intends to further pursue this action, Plaintiff is directed to file a letter within 21 days of the issuance of this order requesting additional and/or alternative service upon Defendant Piggot. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk's Office is respectfully directed to send a copy of this Order to the pro se Plaintiff.

SO ORDERED.

Dated:    July 19, 2020
               New York, New York

                                                Vernon S. Broderick
                                                United States District Judge