USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CECIL M. DAMES,

                      Plaintiff,

        -against-                      18-CV-8352 (VSB)

SYDNEY PIGGOT, et al.,                    **ORDER**

                      Defendants.
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      On August 26, 2019, I issued an Opinion and Order dismissing the case against all Defendants, except for Defendant Sydney Piggot, as Piggot had not been properly served. (Doc. 30). Because Defendant Pigot had not been properly served, I directed the U.S. Marshals Service ("USMS") to attempt service on Defendant Piggot on behalf of the pro se plaintiff. (*Id.*) On September 16, 2019, the USMS attempted to effectuate service upon Defendant Piggot, but were unable to do so. (Doc. 32). On July 19, 2020, I used an Order directing Plaintiff to "file a letter within 21 days of the issuance of this order requesting additional and/or alternative service upon Defendant Piggot." (Doc. 34.) I warned that if Plaintiff "fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)." (*Id.*) Plaintiff has failed to file a letter, request an extension or otherwise indicate he intends to pursue this litigation. Accordingly, it is hereby:

ORDERED that the Plaintiffs Complaint is dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk's Office is directed to mail a copy of this order to the pro se plaintiff.

SO ORDERED.

Dated:   August 17, 2020
         New York, New York

_____
Vernon S. Broderick
United States District Judge